# United States District Court Western District of North Carolina Statesville Division

| | | |
|---|---|---|
| **Robert Wayne Johnson,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:16-cv-00074-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Hubert Corpening,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 9, 2016 Order.

November 9, 2016

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court